IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:23-CR-173 |
| v. | |
| RICK TARIQ RAHIM, | 26 U.S.C. § 7201<br>Evasion of Income Tax Payment<br>(Count 1) |
| a/k/a Tariq Afzal Rahim, | |
| Defendant. | 26 U.S.C. § 7202<br>Willful Failure to Account for and Pay<br>Over Trust Fund Taxes<br>(Counts 2 – 29) |
| | **UNDER SEAL** |

**INDICTMENT**

October 2023 Term – At Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

1. Defendant RICK TARIQ RAHIM ("RAHIM") resided in Great Falls, Virginia, within the Eastern District of Virginia, at all times relevant to this Indictment.

2. RAHIM owned and operated BusinessVentures.com, LLC ("BVC") from approximately March 2006 through at least 2022. BVC maintained its principal place of business in Great Falls, Virginia, within the Eastern District of Virginia. BVC was an umbrella business that RAHIM used to manage other businesses that he owned and operated, including the following:

   a. Alternative Pet Care, LLC ("APC");

   b. Bailey's Laser Tag, LLC (a/k/a Ultrazone);

  c. Chesapeake Family Fun, LLC (a/k/a Kangaroo Jacs);

  d. Dulles Laser Tag, LLC (a/k/a Panther Family Fun Center);

  e. Laser Nation Acquisition, LLC;

  f. Laser Tag and Bounce;

  g. Myrtle Laser Tag, LLC;

  h. North Myrtle Laser Tag, LLC (a/k/a Extreme Laser Tag);

  i. Orlando Laser Tag, LLC;

  j. Outer Banks Laser Tag, LLC;

  k. ProChartSignals.com, LLC;

  l. Sterling Laser Tag, LLC;

  m. Sweet Heat Management, LLC; and

  n. TradeAutomation.com, LLC.

3. From approximately November 2015 through at least December 31, 2022, RAHIM also owned and operated BV Management, LLC ("BVM"). BVM maintained its principal place of business in Great Falls, Virginia, within the Eastern District of Virginia. Among other things, RAHIM used BVM to operate an Amazon reseller business.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the federal tax laws of the United States and for the collection of taxes owed to the United States.

## COUNT ONE
(Evasion of Income Tax Payment)

5. The allegations set forth in paragraphs 1 through 4 are realleged and incorporated as if set forth fully herein.

6. All U.S. corporations and partnerships must file an income tax return each year, regardless of whether they have income to report. All United States persons are required to file a U.S. Individual Income Tax Return ("Form 1040"), when their gross income exceeds the statutory filing threshold.

7. An Amended U.S. Individual Income Tax Return, ("Form 1040X") is a form used to amend and correct items previously reported on a Form 1040.

8. A Form 433-A, Collection Information Statement for Wage Earners and Self-Employed Individuals ("Form 433-A"), is a form that reports various types of information for taxpayers seeking to pay their taxes through an offer-in-compromise with the IRS. A Form 433-A requires a taxpayer to report information from the taxpayer, including: employment information, assets, liabilities, income, expenses, and similar information for businesses reported on Schedule C of the taxpayer's return. The IRS seeks a Form 433-A from a taxpayer in collection activities.

9. A levy is a lawful means for the IRS to seize property to satisfy an unpaid tax debt.

10. A form known as a Currency Transaction Report ("CTR") is required to be filed by financial institutions to report each financial transaction by, and on behalf of, one person that involved United States currency in excess of $10,000. Such financial transactions included deposits, withdrawals, and exchanges of currency.

11. On or about October 5, 2009, RAHIM filed a 2004 Form 1040 under penalties of perjury that reported he owed taxes in the amount of $1,114,087, which he did not pay.

12. On or about October 25, 2010, RAHIM filed a Form 1040X for 2004, that reported he owed taxes in the amount of $911,810. RAHIM later filed another Form 1040X for 2004 on or about January 26, 2012 that reported he owed the same amount in taxes but changed other items.

13. On or about December 6, 2010, the IRS mailed a Notice of Levy to RAHIM notifying him that the IRS had levied his state tax refund to collect a portion of his unpaid federal income taxes, interest, and penalties for the 2004 calendar year.

14. On or about January 4, 2011, RAHIM requested a Collection Due Process or Equivalent Hearing and sought an installment agreement to pay the taxes due in installments, in lieu of IRS levy action. On or about May 13, 2011, the IRS issued a Notice of Determination that denied Rahim's request.

15. On or about September 17, 2012, the IRS mailed RAHIM a notice that he still owed unpaid federal income taxes, interest, and penalties for the 2004 calendar year.

16. On or about October 19, 2012, RAHIM filed a 2011 Form 1040 under penalties of perjury that reported he owed taxes in the amount of $128,819, which he did not pay.

17. On or about January 8, 2013, the IRS mailed a Notice of Intent to Levy to RAHIM at his residence notifying him of the IRS's intent to levy his assets in order to collect his unpaid federal income taxes, interest, and penalties for the 2011 calendar year.

18. On or about January 23, 2014, the IRS issued a Notice of Levy to Bank A, which directed the bank to turn over to the IRS the funds then in RAHIM's bank accounts in order to collect his unpaid federal income taxes, interest, and penalties for the 2004 and 2011 calendar years.

19. On or about April 3, 2014, the IRS mailed RAHIM a Notice of Federal Tax Lien Filing which stated that he still owed unpaid federal income taxes, interest, and penalties for the 2004 and 2011 calendar years.

20. On or about August 24, 2016, an IRS Revenue Officer met with RAHIM at BVC's place of business and requested that RAHIM pay his unpaid federal income taxes, interest, and penalties. RAHIM indicated that he could not pay in full. The IRS Revenue Officer requested that RAHIM submit a Form 433-A, by September 2, 2016.

21. On or about September 8, 2016, after RAHIM failed to submit the requested Form 433-A, the IRS issued a Notice of Levy to Bank B, which directed the bank to turn over to the IRS the funds then in RAHIM's bank accounts in order to collect his unpaid federal income taxes, interest, and penalties for the 2004 calendar year.

22. On or about November 4, 2016, RAHIM caused a false Form 433-A to be submitted to the IRS, which contained material omissions.

23. From at least January 2012 through the present, in the Eastern District of Virginia and elsewhere, RICK TARIQ RAHIM willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America, for the calendar years 2004 and 2011, by committing the following affirmative acts, among others:

    a. On or about November 4, 2016, preparing and signing under penalty of perjury and causing to be submitted to the IRS a false Form 433-A, from which he omitted certain assets that he owned, including, but not limited to, his Agusta A109 helicopter, 2006 Bentley, 2008 Lamborghini Gallardo, and real property located on Patowmack Drive, Great Falls;

b. On or about November 18, 2016, transferring by deed of gift the real property located on Patowmack Drive, Great Falls, Virginia from his joint ownership with his wife to his wife's sole ownership, and, thereafter, holding the property only in her name;

c. Between on or about October 30, 2012 and on or about September 16, 2021, paying personal expenses from bank accounts in the name of BVC and BVM, including the following items, among others: more than $889,000 toward home mortgages and more than $669,000 to purchase or lease vehicles, including a 2008 Lamborghini Gallardo, a 2016 Lamborghini Aventador, and a 2020 Lamborghini Urus.

d. On multiple occasions between on or about November 20, 2012 and on or about August 10, 2021, withdrawing a total of more than $1.1 million in currency from BVC and BVM bank accounts in amounts less than $10,000, which included more than $350,000 in structured withdrawals, so as not to trigger the requirement that the financial institution file a CTR; and

e. On or about March 24, 2022, providing false explanations to IRS-CI special agents regarding his false Form 433-A that he submitted to the IRS.

(In violation of Title 26, United States Code, Section 7201)

## COUNTS TWO THROUGH TWENTY-NINE
(Willful Failure to Account for and Pay Over Trust Fund Taxes)

24.    The allegations set forth in paragraphs 1 through 4 are realleged and incorporated as if set forth fully herein.

25.    The Federal Insurance Contribution Act ("FICA") required employers to withhold Medicare and Social Security taxes from their employees' wages. The Internal Revenue Code also required employers to withhold federal income taxes from their employees' wages. Collectively these withheld taxes are known as "trust fund taxes" because employers, who hold these taxes in trust for the United States, were required to pay them over to the IRS on behalf of their employees.

26.    In addition to trust fund taxes, the Internal Revenue Code also required employers to pay an employer's share of FICA taxes to the IRS. Collectively, the combined employees' trust fund taxes and employer's share of FICA taxes are referred to as "employment taxes."

27.    Employers, whose annual liability for employment taxes was greater than $1,000, were required to file an Employer's Quarterly Federal Tax Return ("Form 941"). The Form 941 was due to the IRS at the end of the month following the end of each calendar quarter and required the employer to report the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits the employer made with the IRS.

28.    A person is responsible for collecting, accounting for, and paying over the employment taxes if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

29.    RAHIM exercised control over the business and financial affairs of BVC, BVM, and the businesses that he owned and operated through BVC, as enumerated in paragraph 2 above, which included APC (collectively, "his businesses").

30. RAHIM maintained 21 separate bank accounts for BVC, BVM, and APC. RAHIM was the sole individual authorized to sign checks on 18 of those 21 bank accounts. For the three remaining BVM accounts, a second individual was authorized to sign checks. However, only RAHIM actually signed checks on behalf of BVM between the opening of those accounts in or about June 2018 and in or about September 2021.

31. In or about September 2009 and November 2010, respectively, BVC and APC contracted with a third-party payroll processor for certain payroll services. RAHIM also caused several of his other businesses to contract with the same third-party payroll processor for certain payroll services. These businesses included Bailey's Laser Tax, LLC; Chesapeake Family Fun, LLC; Dulles Laser Tag, LLC; Myrtle Laser Tag, LLC; North Myrtle Laser Tag, LLC; Orlando Laser Tag, LLC; Outer Banks Laser Tag, LLC; Sterling Laser Tag, LLC; and Sweet Heat Management, LLC.

32. Between the fourth quarter of 2015 and the third quarter of 2021, RAHIM caused his businesses – including BVC, BVM, and APC – to not file Forms 941 with the IRS and to not pay over trust fund taxes to the IRS. During that time, the third-party payroll processor prepared Forms 941 on behalf of RAHIM's businesses and provided him with copies of those Forms 941 to file with the IRS.

33. Beginning with the second quarter of 2018, RAHIM began processing payroll for all of his employees, including employees of BVC and BVM, through APC's account with the third-party payroll processor.

34. RICK TARIQ RAHIM was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of APC, BVC, and BVM the trust fund taxes imposed on their employees by the Internal Revenue Code.

35. On or about the approximate dates listed in the table below, for each of the calendar quarters listed below, in the Eastern District of Virginia and elsewhere, RICK TARIQ RAHIM did fail to truthfully account for and pay over the trust fund taxes due and owing to the IRS on behalf of the employees of the businesses listed below.

| Count | Business Name | Calendar Quarter Ending | Approximate Due Date of Form 941 |
|---|---|---|---|
| 2 | APC | September 30, 2016 | October 31, 2016 |
| 3 | APC | December 31, 2016 | January 31, 2017 |
| 4 | APC | March 31, 2017 | April 30, 2017 |
| 5 | APC | June 30, 2017 | July 31, 2017 |
| 6 | APC | September 30, 2017 | October 31, 2017 |
| 7 | APC | December 31, 2017 | January 31, 2018 |
| 8 | APC | March 31, 2018 | April 30, 2018 |
| 9 | APC | June 30, 2018 | July 31, 2018 |
| 10 | APC | September 30, 2018 | October 31, 2018 |
| 11 | APC | December 31, 2018 | January 31, 2019 |
| 12 | APC | March 31, 2019 | April 30, 2019 |
| 13 | APC | June 30, 2019 | July 31, 2019 |
| 14 | APC | September 30, 2019 | October 31, 2019 |
| 15 | APC | December 31, 2019 | January 31, 2020 |
| 16 | APC | March 31, 2020 | April 30, 2020 |
| 17 | APC | June 30, 2020 | July 31, 2020 |
| 18 | APC | September 30, 2020 | October 31, 2020 |
| 19 | APC | December 31, 2020 | January 31, 2021 |

| Count | Business Name | Calendar Quarter Ending | Approximate Due Date of Form 941 |
|---|---|---|---|
| 20 | APC | March 31, 2021 | April 30, 2021 |
| 21 | APC | June 30, 2021 | July 31, 2021 |
| 22 | APC | September 30, 2021 | October 31, 2021 |
| 23 | BVC | September 30, 2016 | October 31, 2016 |
| 24 | BVC | December 31, 2016 | January 31, 2017 |
| 25 | BVC | March 31, 2017 | April 30, 2017 |
| 26 | BVC | June 30, 2017 | July 31, 2017 |
| 27 | BVC | September 30, 2017 | October 31, 2017 |
| 28 | BVC | December 31, 2017 | January 31, 2018 |
| 29 | BVC | March 31, 2018 | April 30, 2018 |

(In violation of Title 26, United States Code, Section 7202)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Kimberly Shartar
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Email: Kimberly.M.Shartar@usdoj.gov

_____
William Montague
Trial Attorney
U.S. Department of Justice, Tax Division
Email: William.M.Montague@usdoj.gov