IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | 23-CR-173 |
|---|---|
| v. | Hon. Claude M. Hilton |
| RICK TARIQ RAHIM, | 24-CR-179 |
| Defendant. | Hon. Rossie D. Alston, Jr. |

### ORDER

This matter comes before the Court on Defendant's motion to consolidate all proceedings going forward in Case Number 1:23-CR-173 and Case Number 1:24-CR-174, on which the Government did not take a position. For the reasons stated in the motion, and for good cause shown, it is hereby

ORDERED that proceedings for Case Number 1:23-CR-173 and case Number 1:24-CR-179 will be consolidated going forward, and the Honorable _____ shall preside over both cases; and it is further

ORDERED that the Clerk of Court shall make all changes as necessary to the underlying dockets.

August ____, 2024
Alexandria, Virginia