The Honorable Claude M. Hilton
United States District Court for the Eastern District of Virginia

Your honor,

I am guilty. And I take full responsibility for the position I am now in.

I made a lot of money in business over many years. And I failed to pay the taxes I owed. Because those taxes go towards services to my friends, neighbors, and fellow citizens; there are many victims. I know many amazing people who go through real challenges much harder than any I have ever faced. Those people did not take the shortcuts I did. Those people live by society's rules and get up day after day, even while facing serious struggle. They are the true good people, and I admire them. I am ashamed that I did not do what they did by following society's rules.

I enriched myself and lived a luxurious lifestyle. Over many years, I was in a position to turn this around and pay back taxes, or even offer a payment plan to get back on track. I filed for extensions with regard to my own taxes, and convinced myself that I would earn the money to pay it by the time the extension expired. And then, because it was easier to not think about it, and because I obviously placed greater priority on my self-interests than my obligation, I failed to pay those taxes when the extension periods ended. I was always in the same place as I'd been before. This became a cycle that I failed to break. And with regard to my employment taxes, I acted similarly – I just kept putting them off. Upon reflecting back upon those years, I cannot find any justification for all the times I could have solved the problem – but instead took the easy way out.

While I understand it means very little; I have always said that I am a very proud American. I'm ashamed to have emphasized that so much knowing I have been a hypocrite by enjoying the pride and freedom of America, and the privileges that taxes fund, without "acting American" by doing my part in terms of paying taxes.

In addition, I also sold automatic trading robots to others that clearly did not work and caused many people to lose substantial money in the end. There is no justification or valid reason why I sold the bots in the manner I did. I encouraged customers to pay for the trading bot services by misleading customers about the bot businesses and what they could expect. That was wrong in and of itself, and most customers lost a lot of money, even as I profited from subscription fees the customers, my victims, paid me.

I acknowledge they lost because they trusted me and my marketing. In many cases, the losses were substantial and had a very negative impact on the lives of those people. This is what haunts me. And this is what I must take responsibility for.

This process has forced me to confront patterns of behavior in myself. The realization of what I have caused has been overwhelming. My recent health battles have also sharpened

my focus on what is most important in life. Going forward I must do what is right even if it not the easiest path for me personally.

Though it is of no consequence to the true victims who lost money, I must also deal with my failures as a husband and father. My amazing wife and beautiful children deserved better. I have let them down as well. My number one duty in life is to provide for my family in an ethical way – and to lead by example.

With the help of a wonderful wife and mother; we have thankfully raised four capable young people who need a strong father to teach them and lead them in how to become a productive member of society. Yet I have failed in some of those areas. I was not strong enough to be the role model every child deserves. My job is to always be there as a father. Yet my decisions now threaten to victimize my family.

In the end, I will now spend many years repaying both those victims of the trading bot services, and the United States Government for the taxes I owe. Though it may be hard; I actually look forward to doing so. And I look forward to the date in the future when I can finally hold my head high and speak of this experience -- and how I managed to get through it while doing the right thing in the end. Someday, I hope people will be able to say, "he was a good person in the end." But I have work to do in order to achieve any such claim. Someday, I also hope my wife and children can again be proud of their father.

To my financial victims, I am truly sorry. I can only imagine the stress and damage the losses must have caused you. You trusted me and the bots I sold you. You trusted me and my promises. And you lost money because of me and my promises. My apology does not get your money back. Nor can it ever undo and harm those losses caused you at the time. But you do need to hear my sincere apology. And further I pledge I will work tirelessly to make you whole again.

Sincerely,

Dated March 2, 2025