1

```
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF VIRGINIA
      ALEXANDRIA DIVISION


UNITED STATES OF AMERICA    )
                            )
                            )
     VS.                    )   1:23-CR-173  CMH
                            )
                            )   ALEXANDRIA, VIRGINIA
                            )     MARCH 15, 2024
                            )
RICK TARIQ RAHIM            )
_____)
```

_____

**TRANSCRIPT OF PLEA HEARING**
**BEFORE THE HONORABLE CLAUDE M. HILTON**
**UNITED STATES DISTRICT JUDGE**
_____

**Proceedings reported by stenotype, transcript produced by Julie A. Goodwin.**

— Julie A. Goodwin, CSR, RPR

**A P P E A R A N C E S**

FOR THE PLAINTIFF:
    UNITED STATES ATTORNEY'S OFFICE
    By:  MS. KIMBERLY M. SHARTAR
    Assistant U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia  22314
    703.299.3700
    kimberly.m.shartar@usdoj.gov

    U.S. DEPARTMENT OF JUSTICE
    TAX DIVISION
    By:  MR. WILLIAM M. MONTAGUE
    150 M Street, N.E.
    4 Constitution Square
    Washington, D.C.  20002
    202.616.2386
    william.m.montague@usdoj.gov

FOR THE DEFENDANT:
    OFFICE OF THE FEDERAL PUBLIC DEFENDER
    By:  MS. ANN MASON RIGBY
    Assistant Federal Public Defender
    1650 King Street
    Suite 500
    Alexandria, Virginia  22314
    703.600.0800
    ann_rigby@fd.org

    WINSTON & STRAWN LLP
    By:  MR. RICHARD WEBER
    200 Park Avenue
    New York, NY  10166
    212.294.6700
    rweber@winston.com

OFFICIAL U.S. COURT REPORTER:
    MS. JULIE A. GOODWIN, RPR
    United States District Court
    401 Courthouse Square
    Alexandria, Virginia  22314
    571.229.7074

3

1  (MARCH 15, 2024, 10:03 A.M., OPEN COURT.)
2          THE COURTROOM DEPUTY:  Criminal Case 23-173, *United
3  States of America versus Rick Tariq Rahim*.
4          Would counsel please note their appearances for the
5  record.
6          MS. SHARTAR:  Good morning, Your Honor.  Kim Shartar
7  and Will Montague on behalf of the United States.
8          THE COURT:  Good morning.
9          MR. RIGBY:  Good morning, Your Honor.  Ann Mason Rigby
10 and Richard Weber on behalf of Mr. Rahim, who is present, Your
11 Honor.
12         MR. WEBER:  Good morning, Your Honor.
13         THE COURT:  Okay.  Good morning.
14         Let the defendant come to the podium and be sworn.
15    (THE OATH WAS ADMINISTERED TO DEFENDANT.)
16         THE COURT:  Mr. Rahim, you've now been placed under
17 oath.  I'm going to ask you certain questions concerning the
18 plea and the offense itself.  You understand if you give any
19 false answers to any of these questions you could subject
20 yourself to a charge of perjury?
21         THE DEFENDANT:  Yes.
22         THE COURT:  Would you state your full name.
23         THE DEFENDANT:  Rick Tariq Rahim.
24         THE COURT:  And how old are you?
25         THE DEFENDANT:  55.

4

1  THE COURT:  And what is the extent of your education?
2  THE DEFENDANT:  High school.
3  THE COURT:  Now, have you reviewed the plea agreement
4  which has been signed by you and your counsel on the one hand
5  and the government on the other?
6  THE DEFENDANT:  Yes, Your Honor.
7  THE COURT:  Does it contain the entire understanding
8  you've reached with the government in this matter?
9  THE DEFENDANT:  It does.
10  THE COURT:  Have you received a copy of the indictment
11  and gone over it with your attorney?
12  THE DEFENDANT:  I have.
13  THE COURT:  You understand that this indictment
14  charges you with the failure to account for and pay taxes
15  according to law?
16  THE DEFENDANT:  Yes, Your Honor.
17  THE COURT:  And you understand in order to convict you
18  of this offense, the government would have to prove beyond a
19  reasonable doubt that you did willfully fail to account for and
20  pay the proper taxes that you were due to owe, and that you did
21  so knowingly, willfully, and intentionally?
22  THE DEFENDANT:  Yes, Your Honor.
23  THE COURT:  Now, have you told your attorney all the
24  facts about the case that you know?
25  THE DEFENDANT:  I have.

Julie A. Goodwin, CSR, RPR
March 15, 2024

```
 1          THE COURT:  Do you feel you've had a sufficient length
 2  of time to confer with your attorney in order to fully
 3  understand the case?
 4          THE DEFENDANT:  Yes.
 5          THE COURT:  Are you satisfied with the representation
 6  your attorney has given you?
 7          THE DEFENDANT:  Very satisfied.
 8          THE COURT:  All right.  Now, you understand that if
 9  your plea is accepted you could be imprisoned up to five years,
10  pay a fine of up to $250,000, or twice the gain or loss
11  involved in this offense, serve up to three years of supervised
12  release, in addition to paying a special assessment fine of
13  $100?
14          THE DEFENDANT:  I do.
15          THE COURT:  And you also understand that any sentence
16  that may be imposed will be affected by the Sentencing
17  Guidelines, and if you violate any of the terms and conditions
18  of your supervised release, you would have to serve that period
19  of time?
20          THE DEFENDANT:  I do understand.
21          THE COURT:  And you also understand that you have an
22  absolute right to plead not guilty?
23          THE DEFENDANT:  Yes.
24          THE COURT:  And you understand that if you did plead
25  not guilty, you have certain constitutional guarantees:  That
```

is the right to a speedy and public trial by jury, if you want a jury; the right not to testify and to remain silent, unless you want to testify; the right to see, hear, and cross-examine all witnesses against you; the right to use the process of this Court to compel the production of evidence and attendance of witnesses in your behalf; and the right to the assistance of a lawyer at all stages of the proceedings?

You understand that by pleading guilty you're giving up these constitutional guarantees?

THE DEFENDANT: I understand.

THE COURT: And you understand that by pleading guilty the Court may impose the same punishment as if you had been tried and convicted by a Court or by a jury?

THE DEFENDANT: Yes.

THE COURT: Now, has anyone made any promise or threat to induce you to plead guilty?

THE DEFENDANT: No, sir.

THE COURT: Now, along with this plea agreement was handed to me a statement of facts. Have you reviewed this statement?

THE DEFENDANT: Yes, sir.

THE COURT: Have you reviewed it with your attorney?

THE DEFENDANT: I have.

THE COURT: Do you disagree in any particular with this statement of facts?

7

1    THE DEFENDANT:  No.
2    THE COURT:  Is what this statement says happened in
3 fact what did happen?
4    THE DEFENDANT:  Yes, sir.
5    THE COURT:  Now, you understand that once you've pled
6 guilty you cannot refuse to testify against any confederates,
7 accomplices, or co-defendants who may now or hereafter be
8 charged with the same or associated crime?
9    THE DEFENDANT:  I understand.
10    THE COURT:  And do you understand that by pleading
11 guilty you waive the right to object to any question concerning
12 the legality of the admission or seizure of any evidence in
13 connection with this charge?
14    THE DEFENDANT:  Yes.
15    THE COURT:  And you also understand that if your plea
16 is accepted now, there will be no further trial of any kind and
17 you'll be found guilty?
18    THE DEFENDANT:  Yes.
19    THE COURT:  All right.  Do you make any claim that you
20 are innocent of the charge contained in this indictment?
21    THE DEFENDANT:  No, sir.
22    THE COURT:  And how do you plead?
23    THE DEFENDANT:  I plead guilty.
24    THE COURT:  All right.
25         The Court finds the plea is voluntarily and

Julie A. Goodwin, CSR, RPR
March 15, 2024

1 intelligently entered.  There's a factual basis to support the
2 plea.  Finds the defendant guilty of the charge contained in
3 this indictment.
4          What's our next sentencing date?
5          MR. RIGBY:  Your Honor, we were going to make a
6 specific request for a sentencing date.
7          THE COURT:  All right.
8          MR. RIGBY:  Your Honor, we're requesting that the
9 Court set the sentencing on one of three dates:  The 21st of
10 June, the 24th, or the 25th.
11          THE COURT:  Well, I'll let you pick which one you
12 want.  I'm going to be here through June.
13          MR. RIGBY:  We would select --
14          THE COURT:  On a Friday.  I want it on a Friday.
15          MS. RIGBY:  I was just going to say, I thought you
16 might say that, Your Honor.  We would ask for the 25th, but the
17 21st is that Friday.
18          THE COURT:  The 25th is fine.  Is that okay with the
19 government?
20          MS. SHARTAR:  The 25th is fine, Your Honor.
21          THE COURT:  All right.  Case be continued to June 25
22 at 10:00 a.m. for sentencing and is referred to the probation
23 office for preparation of a presentence report.
24          MS. RIGBY:  Thank you, Your Honor.
25          THE COURT:  Bond will be continued.

1      MR. RIGBY:  Thank you, Your Honor.

2      MS. SHARTAR:  Your Honor, we would like to pass up the
3  documents so they can be entered in the record, both the plea
4  agreement and the statement of facts.

5      THE COURT:  All right.

6          (PROCEEDINGS CONCLUDED AT 10:10 A.M.)

7                        -oOo-

14  UNITED STATES DISTRICT COURT   )
    EASTERN DISTRICT OF VIRGINIA   )
15
           I, JULIE A. GOODWIN, Official Court Reporter for
16  the United States District Court, Eastern District of Virginia,
    do hereby certify that the foregoing is a correct transcript
17  from the record of proceedings in the above matter, to the best
    of my ability.
18         I further certify that I am neither counsel for,
    related to, nor employed by any of the parties to the action in
19  which this proceeding was taken, and further that I am not
    financially nor otherwise interested in the outcome of the
20  action.
           Certified to by me this 10TH day of JUNE, 2025.
21

22
                              __/s/_____
23                            JULIE A. GOODWIN, RPR
                              Official U.S. Court Reporter
24                            401 Courthouse Square
                              Eighth Floor
25                            Alexandria, Virginia  22314

                                              Julie A. Goodwin, CSR, RPR
                              March 15, 2024