Page 1
PS-8 (12/04)
VAE (rev 5/23)

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Rick Tariq Rahim                     Docket No. 1:23CR00173-001
                                                          1:24CR00179-001

**Addendum to Original Petition submitted on
September 10, 2025, for Action on Conditions of Pretrial Release**

COMES NOW, Frank J. Weaver, PROBATION OFFICER, presenting an official report upon the conduct of defendant Rick Tariq Rahim, who was placed under pretrial release supervision by the Honorable Claude M. Hilton, Senior United States District Judge sitting in the court at 401 Courthouse Square, Alexandria, Virginia 22314, on May 14, 2025, under the following conditions:

*See Page 2*

**RESPECTFULLY PRESENTING AN ADDENDUM TO THE PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On September 9, 2025, the defendant was scheduled to surrender to Butner Federal Correctional Institution but failed to comply. Since that time, his whereabouts were unknown and a warrant was issued for the defendant's arrest. On November 6, 2025, the undersigned received notification from the Virginia State Police indicating on that date, the defendant was charged with Unauthorized Use of an Auto and a warrant was issued for his arrest.

Furthermore, on November 26, 2025, the defendant was arrested and charged in Loudoun County for Possession of a Firearm by a Nonviolent Felon. On that date, the defendant was ordered held without bond and remains in custody pending a preliminary hearing on January 12, 2026. This officer has submitted a request for a copy of the police report which, as of this writing, remains pending.

On December 1, 2025, this case was judicially reassigned to Your Honor due to the retirement of Judge Hilton.

**ORDER OF COURT**

Considered and ordered this ___2nd___ day of December 2025 and ordered filed and made a part of the records in the above case.

_/s/_
Anthony J. Trenga
Senior United States District Judge

---
Anthony J. Trenga
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: <u>December 2, 2025</u>

Frank Weaver
Digitally signed by Frank Weaver
Date: 2025.12.02 11:29:30 -05'00'

---
Frank J. Weaver
Senior U.S. Probation Officer
703-366-2118

Place: Manassas

**TO CLERK'S OFFICE**

RE: RAHIM, Rick Tariq

## Conditions

1. Additional Conditions of Pretrial Supervision:

2. Submit to supervision by and report for supervision to Pretrial Services.

3. Abide by the following restrictions on personal associations, residence or travel: Do not depart Commonwealth of Virginia.

4. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including: no contact with any co-defendant or potential witness unless in the presence of counsel.

5. Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

6. Defendant is released on all previous conditions listed in the Western District of Virginia.

7. No new financial accounts or lines of credit over $1,000, unless authorized by Pretrial Services.

8. Provide all required financial information and access to any business and personal accounts.

FJW/mbp/dg